# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robert L. Gosier, Jr.**

               Plaintiff(s)

vs.                                  **CASE NUMBER: 5:19-cv-576 (ML)**

**Andrew Saul**
               Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for judgment on the pleadings (Dkt. No. 12) is GRANTED. The Commissioner's determination that Plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is VACATED. 3) This matter is REMANDED to the Commissioner, without a directed finding of disability, for further administrative proceedings consistent with this opinion and the oral bench decision, pursuant to sentence four of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable Judge Miroslav Lovric, dated the 4th day of August, 2020.

DATED: August 4, 2020

                                                Clerk of Court

                                                s/Kathy Rogers
                                                Deputy Clerk